## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF SOUTH CAROLINA

RICKEY J. JOHNSON SR.,

      Plaintiff,

v.

EQUIFAX INFORMATION SERVICES, LLC;
TRANS UNION, LLC; and SYNCHRONY
BANK,

      Defendant.

**Case No.: 3:26-cv-00290-SAL**

**JOINT MOTION FOR ENTRY OF
CONFIDENTIALITY ORDER**

CONSENT:

The attached proposed Confidentiality Order is requested:

✓      by consent of all parties.

☐      by consent as to some, but not all, of the terms [alternative provisions are set forth

      in both proposed and redlined versions].

☐      by some, but not all, parties [requesting parties include: [requesting parties]].

CONTENT:

The attached proposed Confidentiality Order:

☐      is identical to the standard form on the court's website.

☐      has been revised by deleting the Reading Room provision, but no other changes

      have been made (redlined copy not required).

✓      is a modified version of the standard form on the court's website and the

      modifications have been indicated by attaching a "redlined" copy the document.

      An explanation of the basis for each proposed modification is as follows:

1

Paragraph 4. Changed the time allowed to make confidentiality designations from seven business days to twenty-one days.

Paragraph 9(b). Allowing Confidential Information to be destroyed or returned.

Paragraph 9(c). Added language allowing the Parties to retain Confidential Information for us to seven years to defend against potential claims of malpractice, breach of contract, ethics disputes, bar complaints or grievance.

RESPECTFULLY SUBMITTED this 15th day of June 2026.

/s/ Dawn McCraw
Dawn McCraw (Fed. ID No. 13710)
Consumer Justice Law Firm PLC
8095 N 85th Way
Scottsdale, AZ 85258
T: (602) 807-1527
F: (480) 613-7733
E: dmccraw@consumerjustice.com

Attorneys for Plaintiff
Rickey J. Johnson Sr.

/s/ Rita Bolt Barker
Rita Bolt Barker (Fed. ID No. 10566)
rbarker@wyche.com
200 East Broad Street, Suite 400
Greenville, South Carolina 29601
Telephone: (864) 242-8235
Facsimile: (864) 235-8900

Counsels for Defendant
Equifax Information Services, LLC


/s/ Anthony W. Livoti
Anthony W. Livoti
awlivoti@murphygrantland.com
Federal ID No. 6952
Murphy & Grantland, PA
4406-B Forest Drive
P.O. Box 6648
Columbia, SC 29260
(803) 782-4100
(803) 782-4140

Alexandra Vargas
(Admitted Pro Hac Vice)
QUILLING, SELANDER, LOWNDS,
WINSLETT, & MOSER, P.C.
5801 Tennyson Pkwy, Suite 440
Plano, Texas 75024
T: (214) 560-5460
F: (214) 871-2111
E: alex.vargas@qslwm.com

Counsels for Defendant
Trans Union LLC

2

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on June 15, 2026, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter.

*/s/ Dawn McCraw*